UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-438-KKM-SPF

SWAPNADIP ROY
a/k/a "Eric Roy"
and
VICKY RAMANCHA

## *IN CAMERA* MOTION TO PARTIALLY UNSEAL INDICTMENT AND RELATED DOCUMENTS

The United States of America, by and through Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby moves for an Order from the Court to partially unseal the Indictment in this case and the arrest warrant as to defendants Swapnadip Roy a/k/a "Eric Roy" and Vicky Ramancha.

On September 9, 2025, a grand jury returned an indictment charging the defendants with violating 18 U.S.C. §§ 371 and 545 and 21 U.S.C. §§ 331(i)(3) and 333(a)(2), which was sealed by the Court on the same day. That same day, the Clerk of the Court issued arrest warrants for the defendants, which was sealed by the Court. The United States anticipates working with officials of the U.S. Department of State, foreign officials, and other law enforcement authorities in order to locate, arrest, and extradite the defendants. In connection therewith, the United States will be required to provide a copy of the Indictment and/or arrest warrant to such individuals.

Accordingly, the United States requests an Order partially unsealing the Indictment and arrest warrant, only for the limited purpose of permitting the United States to disclose those documents to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, and extradition of the defendants to the United States.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Greogry D. Pizzo*
Gregory D. Pizzo
Assistant United States Attorney
Florida Bar No. 41914
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Gregory.pizzo@usdoj.gov