UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-438-KKM-SPF

SWAPNADIP ROY
a/k/a "Eric Roy"
and
VICKY RAMANCHA

**ORDER**

This matter before the Court is the United States' In Camera motion to partially unseal the Indictment and arrest warrant in the instant case.

It is hereby ORDERED that the Indictment and arrest warrant in the above-captioned case, as to Swapnadip Roy a/k/a "Eric Roy" and Vicky Ramancha, be partially unsealed. The United States shall be permitted to disclose the Indictment and arrest warrant to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, and extradition of the defendants to the United States. For all other purposes, the Indictment and arrest warrant in this case shall remain sealed.

DONE AND ORDERED at Tampa, Florida, this 23rd day of September, 2025.

HONORABLE SEAN P. FLYNN
United States Magistrate Judge