FILED
JUN 04 2026
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-438-KKM-SPF

SWAPNADIP ROY
a/k/a/ "Eric Roy"
and
VICKY RAMANCHA

**MOTION TO UNSEAL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, moves this court to unseal the Indictment, arrest warrants, and related documents filed in the instant case.

The United States initially requested the sealing of this filing on or about September 9, 2025 in order to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge. The necessity for the sealing of said file no longer exists in light of the

recent developments in connection with this case.

Dated this 4th day of June, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Gregory D. Pizzo*
Gregory D. Pizzo
Assistant United States Attorney
FL Bar No. 41914
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: gregory.pizzo@usdoj.gov