JUN 9 2026 AM8:49
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-438-KKM-SPF

SWAPNADIP ROY
a/k/a/ "Eric Roy"
and
VICKY RAMANCHA

**ORDER**

This matter before the Court is the government's In Camera motion to unseal Indictment, arrest warrants, and related documents in the instant case.

It is hereby ORDERED that the Indictment, arrest warrants, and related documents in the instant case be UNSEALED.

DONE AND ORDERED in Chambers at Tampa, Florida,

this 4th day of June, 2026.

HON. SEAN P. FLYNN
United States Magistrate Judge

Copies to: Gregrory D. Pizzo
Assistant United States Attorney