UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: INTERESTED PERSONS AND
CORPORATE DISCLOSURE
STATEMENT IN CRIMINAL CASES,

Case No. 8:22-mc-10-KKM

---

## STANDING ORDER

No later than 30 days from the date this order is entered in a criminal case, the United States is directed to file a notice of all corporate victims or other corporate interested parties, including legal entities that hold any interest in a corporate victim's or interested party's shares or stock.

If there are no corporate victims or other corporate interested parties, the United States is directed to file a notice stating that there are none.

**ORDERED** in Tampa, Florida, on January 13, 2023.

Kathryn Kimball Mizelle
United States District Judge