UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-438-KKM-SPF

SWAPNADIP ROY
a/k/a "Eric Roy"
and
VICKY RAMANCHA

# NOTICE OF APPEARANCE

Peter J. Leininger, Trial Attorney, through the undersigned, hereby enters an appearance as counsel on behalf of the United States of America. Accordingly, counsel requests that such be shown in the record of the case and that counsel be informed of all related activities regarding this case.

Respectfully submitted this 16th day of June 2026.

LORINDA I. LARYEA
U.S. Department of Justice
Criminal Division, Fraud Section

*/s/ Peter J. Leininger*

Peter J. Leininger, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Peter.J.Leininger@usdoj.gov