UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-438-KKM-SPF

SWAPNADIP ROY
a/k/a "Eric Roy"
and
VICKY RAMANCHA

# **NOTICE OF CORPORATE VICTIMS**

The United States, through the undersigned, files this notice of corporate victims and other corporate interested parties, pursuant to the Court's Standing Order, filed on June 10, 2026 (Dkt. 15). The list is provided in Attachment A below. Please note that the United States may amend this list as facts continue to develop in this investigation.

Respectfully submitted this 10th day of July, 2026.

LORINDA I. LARYEA
U.S. Department of Justice
Criminal Division, Fraud Section

*/s/ Peter J. Leininger*

Peter J. Leininger, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Peter.J.Leininger@usdoj.gov

**ATTACHMENT A**

1st Street Pharmacy
8th Avenue Pharmacy
A&M Pharmacy and Surgical Supplies LLC
A.J.A.J. Inc. d/b/a Westriver Pharmacy
ABC Pharmacy Rialto
ABM Pharmacy
AM Pharmacy Inc. d/b/a AM Pharmacy
Absolute Wellness Pharmacy
Abundant Pharmacy Services, LLC d/b/a Rush Strong Pharmacy
Alchemy Wellness Solutions LLC d/b/a Kitch Pharmacy
Alfords Pharmacy
Alvin Care Pharmacy
Ameri Mex Pharmacy
Americare Pharmacy Corp.
Ardmore Family Pharmacy LLC, d/b/a Reed Family Pharmacy
Ashland City Pharmacy
Atlas Meds Pharmacy, Inc.
Bay Health Pharmacy, Inc.
Bejay Pharmacy Inc. d/b/a Heights Specialty Pharmacy
Better Life Pharmacy PC d/b/a Barrett Drug Center
Bravo Pharmacy
Broadway & Main Pharmacy
Burns Prescription Pharmacy
CLRX New Orleans
Caldwell Drug LLC
Cape Village Pharmacies Inc. d/b/a Village Pharmacy
CarePlus Drugs
Carepharm Pharmacy
Cedar Pharmacy & Medical Supplies, Inc.
Central City Clinic Pharmacy
Central Neighborhood Rx Inc.
Chapman Pharmacy
Citizens Pharmacy
City Pharmacy of Nutley
Clinton Pharmacy & Healthcare Center
Coastal Drug Company
Crossroads Chemist
Curexa Pharmacy
DJ Drugs & Surgicals
Daniel Pharmacy

Dexter Pharmacy, LLC
El Dorado True Care Pharmacy
Engleking RX, LLC
Erin Drugs, LLC
Evans Drugs
Evergreen Park Pharmacy
Family Pharmacy #2
Family Pharmacy Jonesboro, LLC d/b/a Family Pharmacy
Farmington Drugs, LLC
Forest Heights Pharmacy
Foster Corner Drug Inc.
Freds Westside Pharmacy, Inc.
Fulton Medicine Place
Gem Drugs
Hackensack Meridian Village Pharmacy at Jackson
Harris Pharmacy
Healing Springs Pharmacy
Hemmanuel Pharmacy LLC
Hilltop Market Pharmacy
Hometown Pharmacy, LLC d/b/a Hometown Pharmacy, Southampton
Hubbard Pharmacy
Hudson Drug Shop
Hudson Drug Store, LLC
IHS Pharmacy & Gifts
IM Pharmacy Inc., d/b/a KD Pharmacy
Independent Apothecary, Inc. d/b/a Olde Philly Pharmacy
JADZ INC DBA MEDISERV PHARMACY
JSK RX LLC d/b/a Salem Pharmacy
Johns Pharmacy in Albany, LLC
Jones Hometown Pharmacy
KPBN Apothecary LLC d/b/a Lawrence Drug, Inc.
King Discount Drugs
Kohal Pharmacy Incorporated
LA Care RX
LC Family Pharmacy
LV Unique Care, LLC/LV Pharmacy and Medical Supplies
Lukes Family Pharmacy
Lyon Drug Store, Inc.
Marvel Pharmacy Inc.
Maynardville Drug
McBain Family Pharmacy PLLC
MedRx Pharmacy, Inc. d/b/a North D. Pharmacy
Medi-Ex Pharmacy

Medical Arts Pharmacy
Medical Hotspots, Inc. d/b/a Bailey's Pharmacy
Medtime Pharmacy
Mickey Fine Pharmacy
Milltown Pharmacy
Moons Drug Store, Inc.
Moorhead Drug Co.
Moose Drug Co.
Moose Pharmacy of Mount Holly
Moose Pharmacy of Salisbury
Moose Professional Pharmacy
Moose Professional Pharmacy of Locust
NAS Decatur, LLC d/b/a McKinneys Apothecary
National Association of Boards of Pharmacy
Nextrx
Nicholasville Pharmacist Group d/b/a Med-Save Nicholasville
Niday Drug Company
Northern Pharmacy and Medical Equipment
Novo Nordisk
Olde Philly Pharmacy-Fishtown
Olympia Plaza Pharmacy
One Stop Pharmacy 101
Oswego Valley Pharmacy, Inc.
Our Liberty Pharmacy
PRICE PHARMACIES INC ANDOVER DRUG
Palm Care Pharmacy
Pharm A to Z, Inc.
Pharmacy Plus, Inc.
Pharmax Pharmacy #1160
Pharmboy Investments d/b/a Save Rite Drugs
Pharmlink, Inc. d/b/a Farmacia Montebelllo
Polks Discount Drugs #6
Precision Compounding Pharmacy
Prime Plus Pharmacy
Princeton Drug Store
Proscript America
ProservRX, Inc. d/b/a Douglas Park Pharmacy
Pure Source Advanced Inc. d/b/a Mission Hills Pharmacy
Pure Source Advanced, Inc. d/b/a Pure Health Pharmacy
RTS Family Discount Pharmacy
Right Med Pharmacy, LLC
Roberts Pharmacy, Inc.
Rock Canyon Pharmacy

Rockville Rx, Inc.
Ross Drug, Inc.
SEIP Drug #1
SEIP Drug #10
SEIP Drug #11
SEIP Drug #5
SEIP Prescription Shoppe #12
SP, Inc. d/b/a Wilmont Pharmacy
Santa Monica Medical Plaza Pharmacy
Sav Mor Drugs
Savoy Family Pharmacy
Seven Lakes Prescription Shoppe
Seymour Advalue Pharmacy
Sierra Vista Pharmacy, Inc.
Simple Script, LLC
Simplified Rx, Inc. d/b/a Cornwell Pharmacy
SincereRx Hometown Pharmacy
South Side Pharmacy Inc. (South Side Drug Co.)
Southwest Pharmacy
Southwest Specialty Pharmacy LLC
Springhill Family Pharmacy, LLC
Sumrall Drug Store
Sweetgrass Pharmacy Carolina Park
Talami Health Care LLC d/b/a Palm Care Pharmacy
The Local Pharm, LLC
The Medicine Shoppe-Columbia
The Pharmacy Place
Trust Pharmacy
Trust Pharmacy 2, LLC d/b/a Trust Pharmacy
Trust Pharmacy LTC, LLC
Tucker Pharmacy, LLC
UNI Pharmacy
Universal RX, Inc.
VIP Pharmacy
Value Plus Pharmacy LLC
Venkat Pharm, Inc. d/b/a Rite Choice Pharmacy
Village Drugs Muscle Shoals
Ville Platte Clinic Pharmacy
Wellcare Pharmacy, LLC
Wellpharma Rx Pharmacy
West End Rx, Inc.
White Oak Pharmacy
White Rock Pharmacy

Williamsburg Pharmacy, Inc. d/b/a Maiden Drug Company
Woodsprings Pharmacy
Woori Pharmacy, Inc.