UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-438-KKM-SPF

SWAPNADIP ROY
a/k/a "Eric Roy"
and
VICKY RAMANCHA

**DISCOVERY PROTECTIVE ORDER**

This matter is before the Court on the Motion for Discovery Protective Order filed September 17, 2026. Pursuant to Rule 16(d), Federal Rules of Criminal Procedure, for the reasons set forth in the Motion, the Court finds good cause for the entry of a protective order because the materials to be produced by the United States contain Personal Identifying Information ("PII") and sensitive personal information ("SPI") and those materials should not be disseminated any further than necessary for the defense of the case.

Accordingly, it is ORDERED:

1. This Protective Order shall govern all discovery materials containing PII and/or SPI that are produced by the United States in discovery in this case.

2. The United States shall make available copies of discovery materials containing PII and SPI to defense counsel in compliance with its discovery obligations under Rule 16, the Federal Rules of Criminal Procedure, and other controlling statutory and case law. Possession of unredacted copies of documents containing PII and/or SPI is limited to the defendant, his attorneys of record, and investigators, paralegals, law clerks,

experts, and assistants for the attorneys of record (collectively referred to as members of the "defense team"). The defendant and his defense team shall not disseminate any discovery materials containing PII and/or SPI to anyone else without leave of this Court.

3. Nothing in this Order should be construed as imposing any discovery obligation on the United States or the defendant that is different from those imposed by case law, 18 U.S.C. § 3509(d), Rule 16 of the Federal Rules of Criminal Procedure, and/or the Local Rules of this Court. Nor should anything in this Order be construed as imposing any restrictions on the defendant regarding materials that were in his possession prior to production.

4. Nothing in this Order shall be construed as limiting the defendant's ability to use the discovery materials, including documents containing PII and/or SPI, in the investigation of this case and in the preparation of his defense.

5. The provisions of this Order shall not terminate at the conclusion of the prosecution of this case.

DONE AND ORDERED at Tampa, Florida on September18, 2026.

SEAN P. FLYNN
United States Magistrate Judge